IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GYNDRA L. GUY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MINACT, INC., ) <br> ) <br> Defendant. ) | Civil Action. No. 2:20-cv-2833 |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
ORDER OF DISMISSAL**

On March 30, 2021, this Court entered an Order Referring Defendant's Motion to Compel, which sought an "order compelling Plaintiff to provide her full and complete responses to Defendant's First Set of Interrogatories and Request for Production of Documents within fifteen (15) days form the entry of the Order, together with attorney's fees and expenses incurred by the failure of Plaintiff to respond to discovery requests[.]" (ECF No. 27 (citing ECF No. 26 at PageID 100).)  On May 4, 2021, the Magistrate Judge entered an Order to Show Cause.  (ECF No. 28.) On May 17, 2021, the Magistrate Judge entered a Report and Recommendation ("R&R") regarding Defendant's motion, which indicated that Plaintiff still had not responded to the motion or the order to show cause. (ECF No. 29 at PageID 119.)  The Court hereby **ADOPTS** the R&R in its entirety and agrees with the Magistrate Judge's finding that "Plaintiff has ignored the Court's order and has failed to meaningfully participate in the case."  (Id. at PageID 120.)  The Court further agrees that "[d]ismissal is appropriate pursuant to the Court's inherent power to control its docket." (Id.)  Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), Plaintiff's Complaint is

hereby **DISMISSED WITH PREJUDICE**.  Defendant's motion to compel is **DENIED AS MOOT**.

    **IT IS SO ORDERED** this 2nd day of June, 2021.

                                      /s/ Jon P. McCalla
                                      UNITED STATES DISTRICT JUDGE